IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY D. DORRIS,

Plaintiff,

v.

Case No. 18-cv-493 JPG/RJD

WALGREEN'S CO.,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 16, 2018**     **JUSTINE FLANAGAN, Acting Clerk of Court**

                                            **s/Tina Gray**
                                            **Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**